Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

> IT IS SO ORDERED
> Judge Yvonne Gonzalez Rogers
> 7/9/2019

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>COAST TO COAST ENTERTAINMENT dba ELEPHANT BAR; JEFFREY JAJEH; PHILIP M. BRABYN; JAWAD H. JAJEH; JAD F. JAJEH, Trustee of the JAD AND NAWAL JAJEH TRUST dated September 27, 2001; NAWAL JAJEH, Trustee of the JAD AND NAWAL JAJEH TRUST dated September 27, 2001;<br><br>      Defendants. | No. 4:19-cv-01683-YGR<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Coast to Coast Entertainment dba Elephant Bar; Jeffrey Jajeh; Jawad H. Jajeh; Jad F. Jajeh, Trustee of the Jad and Nawal Jajeh Trust dated September 27, 2001; and Nawal Jajeh, Trustee of the Jad and Nawal Jajeh Trust dated September 27, 2001, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: July 3, 2019                                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

Dated: July 3, 2019                                JW Howard/Attorneys, Ltd.

*/s/ Andrew G. Nagurney*
Andrew G. Nagurney
Attorneys for Defendants,
Coast to Coast Entertainment; Jeffrey Jajeh;
Jawad H. Jajeh; Jad F. Jajeh; and Nawal Jajeh

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez